# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00326-CR

**Phillip Mark Bower, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
### NO. 000597, HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Phillip Mark Bower filed a notice of appeal from the district court's denial of his motion to reduce bail. Subsequently, Bower's counsel filed a motion to dismiss the appeal, in which he represents that Bower was able to make bail, thus rendering the appeal moot. We grant the motion and dismiss the appeal.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed

Filed: July 19, 2013

Do Not Publish